# NO. 12-08-00451-CR
# NO. 12-08-00452-CR
# NO. 12-08-00453-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *BRANDON MONTREL STREET,* *APPELLANT* | § | *APPEALS FROM THE 114TH* |
| *V.* | § | *JUDICIAL DISTRICT COURT OF* |
| *THE STATE OF TEXAS,* *APPELLEE* | § | *SMITH COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

Appellant pleaded guilty to two charges of manufacture or delivery of a controlled substance and one charge of possession of more than four ounces but less than five pounds of marijuana. The trial court sentenced Appellant to imprisonment for two years on the first two charges and forty years on the third. We have received the trial court's certification showing that Appellant waived his right to appeal. *See* TEX. R. APP. P. 25.2(d). The certification is signed by Appellant and his counsel and includes the notice, as required by rule 25.2, that Appellant has been informed of his rights concerning an appeal, as well as any right to file a pro se petition for discretionary review. *See* TEX. R. APP. P. 25.2(d). Accordingly, these appeals are ***dismissed*** for want of jurisdiction.

Opinion delivered November 19, 2008.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(DO NOT PUBLISH)